In the Matter of GEORGE H. GERLICH, as Committee of AUGUST GERLICH, an Incompetent Person, Respondent. VETERANS ADMINISTRATION, Appellant.

(Submitted January 14, 1935; decided January 22, 1935.)

530

*Sol H. Neuhaus* for motion.

*James A. Clark* opposed.

Motion denied, with ten dollars costs.